UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | Case No.  25-cv-04233-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner at Richard J. Donovan Correctional Facility in San Diego, filed a letter with the Court on May 16, 2025, which the Court construed as an attempt to file a civil rights action. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) she had not submitted her complaint or petition on the proper form; and (2) she had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. Nos. 2, 3. The Court informed plaintiff that she needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents.

The Court therefore dismisses this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a complaint on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: August 7, 2025

TRINA L. THOMPSON
United States District Judge